# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| Lester Comer | Case No. 1:11-cv-363-JTM-RBC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Regional Adjustment Bureau, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:  /s/ Nicholas J. Prola
    Nicholas J. Prola
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Telephone:  866-339-1156
    Fax: 312-822-1064
    Email:  npr@legalhelpers.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on November 17, 2011, addressed to the following:

Regional Adjustment Bureau, Inc.
7000 Goodlett Farms Parkway
Memphis, TN 38016

/s/ Nicholas J. Prola